UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NYRTISTENE WILLIAMS, | CASE NO. 3:16CV00207 |
| Plaintiff, | Judge Rose |
| vs | |
| TROTWOOD MADISON CITY SCHOOLS, et al., | **AGREED ADDENDUM TO AMENDED PROTECTIVE ORDER** |
| Defendants | |

Before the Court is a request from the Parties for an Order directed to the Defendant for the Production of Student Educational records pursuant to the Family Educational Rights Privacy Act, 34 C.F.R., §99.30. It has been represented that certain student records are irrelevant to the underlying proceedings and the records will be protected in accordance with the terms of an existing Amended Protective Order. (Doc. 17). Pursuant to Federal Law, student records may not be produced by the School District without a lawful Court Order or subpoena and the Court finds there to be cause to issue such an Order in this instance. The Court hereby orders for the student records of Joselyn Lawton and Chloe Blaine. Prior to the production of such records, the Defendant has made reasonable leverage to notify the student and/or their parent/guardian of the Order in advance of compliance in accordance with 34 C.F.R. §99.31(a)(9)(ii).

IT IS SO ORDERED:

Date: 9-1-17

_Sharon L. Ovington_
SHARON L. OVINGTON
U.S. MAGISTRATE JUDGE

SO STIPULATED:

/s/ Erica Ann Probst
Erica Ann Probst (0073486)
Kemp, Schaeffer & Rowe Co., LPA
88 West Mound Street
Columbus, OH 43215
(614) 224-2678 phone
614) 469-7170 fax
erica@ksrlegal.com

/s/ Lauren A. Kemp
Lauren A. Kemp (0093436)
Kemp, Schaeffer & Rowe Co., LPA
88 West Mound Street
Columbus, OH 43215
(614) 224-2678 Phone
(614) 469-7170 fax
lauren@ksrlegal.com

***Attorneys for Plaintiffs***

/s/ Bernard Wharton
Bernard W. Wharton (0063487)
McCASLIN, IMBUS & McCASLIN
632 Vine Street, Suite 900
Cincinnati, OH 45202
(513) 421-4646 phone
(513) 421-7929 fax
bwwharton@mimilaw.com

***Attorney for Defendants***

G:\sharon\Trotwood Madison City Schools - Williams   16-07-04\Order Granting Amended Protective Order.docx